STATE v. AIKEN

No. 283P98-2

Case below: 143 N.C. App. 185

Motion by Attorney General for temporary stay denied 3 May 2001.

STATE v. ANTHONY

No. 257A82-3

Case below: Cabarrus County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Cabarrus County, allowed 1 February 2001 for the limited purpose of remanding for a hearing by the trial court, including taking evidence and making findings, on issue of witness recantation. Motion by the Attorney General to reconsider this Court's order remanding case to Superior Court, Cabarrus County, dismissed 3 May 2001.

STATE v. CLEGG

No. 128P01

Case below: 142 N.C. App. 35

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 May 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001. Justice Edmunds recused.

STATE v. DAWSON

No. 109P01

Case below: 138 N.C. App. 327

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 May 2001. Justice Edmunds recused.